IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMANDA L. SCHNEIDER, ) | Case No. 8:20-CV-00414 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION FOR DISMISSAL** |
| ) | |
| NEIGHBORHOOD LTC PHARMACY INC., ) | |
| a Nebraska Corporation, ) | |
| ) | |
| Defendant. ) | |

Plaintiff AMANDA L. SCHNEIDER and Defendant NEIGHBORHOOD LTC PHARMACY INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly stipulate that the claims in the above-referenced case are dismissed with prejudice, each party to bear their own costs and attorney's fees.

Dated this 3rd day of February, 2021.

                                        AMANDA L. SCHNEIDER,
                                        Plaintiff

BY:   /s/ Jennifer Turco Meyer
           Jennifer Turco Meyer, #23760
           Of Dyer Law, P.C., LLO
           2611 S. 117th Street
           Omaha, Nebraska 68144
           (402) 393-7529
           (402) 391-2289 facsimile
           Jennifer@dyerlaw.com
           Attorney for Plaintiff

                                        NEIGHBORHOOD LTC
                                        PHARMACY INC., Defendant

BY:   /s/ Robin K. Carlson
           Robin K. Carlson, NE #25888
           of Stinson Leonard Street LLP
           1201 Walnut, Suite 2900
           Kansas City, Missouri 64106-2150
           Telephone: (816) 842-8600
           Facsimile: (816) 691-3495
           robin.carlson@stinson.com
           Attorney for Defendant